```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Bianca Rodriguez-Cancel

                Defendant.

No. 24CR716 (MKV)

**ORDER**

Honorable Mary Kay Vyskocil, U.S. District Judge:

      IT IS HEREBY ORDERED THAT Bianca Rodriguez-Cancel's conditions of supervised release are modified as follows: "**You must be monitored by location monitoring technology at the discretion of the officer for a period of 90 days and must abide by all technology requirements. You must pay all or part of the costs of participation in the location monitoring program as directed by the Court and the probation officer. The selected form of location monitoring technology must be utilized to monitor the following restriction on your movement in the community as well as other court-imposed conditions of release: you are restricted to your residence at all times except for employment; education; religious services; medical, substance use disorder, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as preapproved by the officer (Home Detention).**"

SO ORDERED.

Dated:    October 30, 2025
             New York, New York

                                                                   Honorable Mary Kay Vyskocil
                                                                   U.S. District Judge